IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-03346-MEH

JULIE SU, Acting Secretary of Labor, United States Department of Labor,

    Petitioner,

v.

GOLDSTAR EXCAVATION AND SEWER, et al.,

    Respondents.

## ORDER

This matter is before the Court pursuant to discussion held on the record at the March 25, 2024, Status Conference, ECF 18, and subsequent email communications from the Parties.

Petitioner initiated this case on December 20, 2023, seeking an Order from the Court requiring Respondents to produce records, papers, and documents, in response to subpoena *duces tecum* issued by the Regional Administrator of the Wage and Hour Division of the United States Department of Labor. *See generally* ECF 1. The Court held a Status Conference with the Parties on February 6, 2024, during which the Court explained to Respondents their obligation to respond to the subpoena and set a deadline for Respondents to provide documents and/or responses to Petitioner. ECF 15. The Court held a second Status Conference on March 25, 2024, four weeks after Respondents' response deadline passed. ECF 18. At the March 25, 2024 Status Conference, Petitioner informed the Court that Respondents had yet to respond or fully respond to several of the subpoena requests. *See id.* Accordingly, the Court conducted evidentiary proceedings regarding the unanswered subpoena requests. *See id.* During the evidentiary proceeding, the Court

granted Petitioner's Petition to Enforce Administrative Subpoena Duces Tecum, ECF 1, as to Petitioner's request the Court require Respondents comply with the subpoena, however the Court declined to award fees or costs at that time. *See id.* Petitioner then requested the additional relief sought in the Petition, that the Court toll the statute of limitations applicable to the Fair Labor Standards Act ("FLSA") from September 4, 2023—the date Respondents were required to comply with the subpoena—until the date Petitioner informed the Court that Respondents had complied in full with the subpoena. *See id.*; ECF 1 at 7. The Court granted Petitioner's request. *See* ECF 18.

Between March 25 and March 28, 2024, Respondents produced additional documents to Petitioner in response to the subpoena. On March 29, 2024, Petitioner informed the Court that, as of the last production of documents on March 28, 2024, Respondents had complied in full with the subpoena.

Accordingly, it is hereby ORDERED that the applicable statute of limitations under the FLSA shall be tolled for the period of September 4, 2023, through March 28, 2024.

It is further ORDERED that the Status Conference currently set for Monday, April 1, 2024, is **vacated**. Petitioner shall inform Respondents, who proceed in this matter pro se, that the Conference has been vacated.

Entered this 29th day of March, 2024, at Denver, Colorado.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
Chief United States Magistrate Judge